FILED
SUPERIOR COURT
OF GUAM

2020 DEC 14 PM 2: 43

CLERK OF COURT

By:_____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **Criminal Case No. CM0097-12** |
| | GPD Report No. XX-XXXX |
| **v.** | |
| | **DECISION AND ORDER GRANTING** |
| **MARCELINO YSAOL,** | **DEFENDANT'S MOTION FOR LEAVE** |
| DOB: 04/06/1963 | **OF COURT TO FILE MOTION OUTSIDE** |
| | **MOTION CUT-OFF DATE** |
| Defendant. | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on November 20, 2020 for hearing on Defendant Marcelino Ysaol's ("Defendant's") Motion for Leave of Court to File Motion Outside Motion Cut-Off Date ("Motion"). Assistant Attorney General Sean E. Brown represents the People, and Assistant Public Defender Earl Anthony V. Espiritu represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **GRANTS** Defendant's Motion.

## BACKGROUND

On October 29, 2020, Defendant submitted his Motion for Leave of Court to File Motion Outside Motion Cut-Off Date. Per the Court's July 2, 2020 Trial Scheduling Order, all motions were due by September 25, 2020. Trial Scheduling Order, Jul. 2, 2020.

Following the July 2nd Trial Scheduling Order, Guam experienced a spike in COVID-19 cases, and the island was moved from Pandemic Condition of Readiness ("PCOR") 3 down to PCOR 1. The Superior Court of Guam had temporarily shut down hearings on criminal matters when a similar lockdown went into effect in March 2020.

Decision and Order Granting Defendant's Motion for Leave of Court to File Motion Outside Motion Cut-Off Date
CM0097-12, *People of Guam v. Marcelino Ysaol*
Page 1 of 2

The previously assigned Assistant Public Defender also resigned from the PDSC in early October of 2020. Defendant's new attorney immediately discovered a glaring legal issue which he believes will impact the outcome of the case. However, the Motion Cut-Off date had since passed. Accordingly, the Defendant requests a leave of Court to file a dispositive motion outside the September 25, 2020 Motion Cut-Off date.

The Court held a hearing on November 20, 2020. After hearing the arguments of the parties, the Court took the matter under advisement.

<u>DISCUSSION</u>

Title 8 GCA § 65.45 provides the court with authority to allow the filing of motions beyond the time limit previously set by the court. The request to file late motions involves balancing the Court's ability to control its docket with the defendant's right to effective assistance of counsel. *Ungar v. Sarafite*, 376 U.S. 575, 590 (1964). "There are no mechanical tests for deciding when a denial of a continuance is so arbitrary as to violate due process. The answer must be found in the circumstances present in every case, particularly in the reasons presented to the trial judge." <u>Id.</u> at 589.

Here the court is satisfied that the circumstances Defendant listed justify letting him file a motion beyond the time limit previously set. The public health emergency facing Guam combined with the change in counsel made it exceptionally difficult for Defendant to maintain contact with the PDSC and present a complete defense.

<u>CONCLUSION</u>

For the reasons stated above, the Court **GRANTS** Defendant's Motion. Defendant shall have until December 20 to file any motion he wishes to present.

**IT IS SO ORDERED** this ___DEC 1 4 2020___ *nunc pro tunc* to November 20, 2020.



_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Granting Defendant's Motion for Leave of Court to File Motion Outside Motion Cut-Off Date
CM0097-12, *People of Guam v. Marcelino Ysaol*
Page 2 of 2